

**Entered on Docket**
**November 22, 2010**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

Kristin A. Schuler-Hintz, Esq., SBN 7171
Christopher K. Lezak, Esq., SBN 11185
McCarthy & Holthus, LLP
9510 West Sahara Avenue, Suite 110
Las Vegas, NV 89117
Phone (702) 685-0329
Fax (866) 339-5691
NVBK@McCarthyHolthus.com

Attorney for Secured Creditor,
US Bank National Association, as Trustee for CSMC Mortgage-Backed Pass-Through
Certificates, Series 2006-3, its assignees and/or successors and the servicing agent AMERICAS
SERVICING COMPANY

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Case No.: 10-27063-lbr |
| | ) |
| Jeffrey Ruge Hodgin, | ) Chapter 7 |
| Aka: Jeffrey R. Hodgin Ltd | ) |
| | ) DATE: 11/17/10 |
| Debtor. | ) TIME: 10:30 am |
| | ) |
| | ) **ORDER TERMINATING** |
| | ) **AUTOMATIC STAY** |
| | ) |

       The Motion for Relief from Automatic Stay came on regularly for hearing at the date and

time set forth above before the United States Bankruptcy Court.  Upon review of the Motion and

supporting evidence, and good cause appearing, the Court rules as follows:

1    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay

2  provisions of 11 U.S.C. §362 be and are hereby terminated with respect to the interests of

3  Movant in the real property commonly known as 2325 Delina Drive, Las Vegas, NV 89134.

4    Secured Creditor will provide not less than 7 days notice of the date, time, and location of

5  the currently scheduled foreclosure sale to the debtors or as otherwise provided by Nevada law.

6

7  IT IS SO ORDERED.

8

9
   Submitted by:
10  McCarthy & Holthus, LLP

11
   */s/Christopher K. Lezak*_____
12  Christopher K. Lezak, Esq.
   9510 West Sahara Avenue, Suite 110
13  Las Vegas, NV 89117
   702-685-0329
14

15

16  Approved/Disapproved

17  *Order Filed 10/13/10-no response received*__
   Brian D. Shapiro
18  411 East Bonneville Avenue # 300
   Las Vegas, NV 89101
19

20

21

22

23

24

25

26

27

28

29

1

ALTERNATIVE METHOD re; RULE 9021:

2

In accordance with LR 9021, counsel submitting this document certifies that the order accurately

3

reflects the court's ruling and that (check one):

4

☐ The court has waived the requirement set forth in LR 9021(b)(1).

5

☒ No party appeared at the hearing or filed an objection to the motion.

6

7

☐ I have delivered a copy of this proposed order to all counsel who appeared at the
hearing, and each has approved or disapproved the order, or failed to respond, as indicated below

8

[list each party and whether the party has approved, disapproved, or failed to respond to the
document]:

9

10

Counsel appearing: Pro Se

11

Unrepresented parties appearing: None

12

13

Trustee: No Appearance at Hearing; No additional Service required.

14

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this

15

order with the motion pursuant to LR 9014(g), and that no party has objected to the form or
content of the order.

16

17

Submitted by:

18

McCarthy & Holthus, LLP

19

/s/ Christopher K. Lezak.
Christopher K. Lezak, Esq.

20

21

22

23

24

25

26

27

###

28

29